UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAUL MEZA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Cause No. A-05-CA-1008-LY |
| | § | |
| BRAD LIVINGSTON, Executive Director of the Texas Department of Criminal Justice, in his official capacity; STUART JENKINS, director of the Texas Department of Criminal Justice Parole Division, in his official capacity; and RISSIE L. OWENS, JOSE ALISEDA, CHARLES AYCOCK, CONRITH DAVIS, JACKIE DENOYELLES, BARBARA LORRAINE, and JUANITA GONZALES, in their official capacities as members of the Texas Board of Pardons and Parole, | § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ADVISORY TO THE COURT**

Plaintiff Raul Meza files this advisory to the Court. Pursuant to this Court's March 29, 2011 order, the Parole Board Defendants provided Mr. Meza with a "written statement" of the reasons for continuing Mr. Meza's sex offender conditions on April 28, 2011.

Counsel reviewed the new "written statement" with Mr. Meza the morning of April 29, 2011, and is in contact with the Board Defendants' about its legal adequacy. The Board Defendants have expressed a willingness to attempt to resolve any deficiencies without the Court's intervention, and requested Mr. Meza reduce his concerns to writing. Mr. Meza intends to communicate further with the Board about these issues next week.

Further, the Parties are discussing the other remaining issues in this case, and will file a complete joint status report next week.

Dated: April 29, 2011.

                    Respectfully submitted,

                    __/s/ Scott Medlock_____
                    Scott Medlock
                    State Bar No. 24044783
                    James C. Harrington
                    State Bar No. 09048500

                    TEXAS CIVIL RIGHTS PROJECT
                    1405 Montopolis Dr.
                    Austin, TX 78741
                    (512) 474-5073 [phone]
                    (512) 474-0726 [fax]

                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I hereby certify that on April 29, 2011, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the Defendants, Celamaine Cunniff, Assistant Attorney General of Texas, P.O. Box 12458, Capitol Station, Austin, TX 78711, and Bruce Garcia, Assistant Attorney General of Texas, P.O. Box 12548, Capitol Station, Austin, TX, 78711.

                    __/s/ Scott Medlock_____
                    Scott Medlock