UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 29 PM 1:19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

I, the undersigned, do hereby acknowledge receipt of the PLAINTIFF'S exhibits submitted in Case No:

Civil Action No: A:05-CV-1008 LY

RAUL MEZA

vs.

TRAVIS COUNTY ET AL.

PLAINTIFF'S - 1 Binder of Trial Exhibits

4/29/11

Date

Signature