## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| RAUL MEZA, | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | Civil Action No. 1:05-CV-1008-LY |
| | § | |
| BRAD LIVINGSTON, et al., | § | |
| *Defendants.* | § | |

### VACATION ADVISORY TO THE COURT

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT:**

Celamaine Cunniff, undersigned counsel for Brad Livingston and Stuart Jenkins in their official capacities, respectfully advises the Court as follows:

### I.

Undersigned counsel is out of state on a pre-paid vacation **April 23, 2012, through May 18, 2012.** Counsel therefore respectfully requests that no hearings requiring her presence be scheduled during this time period and that no responsive pleadings be due to be filed with the Court on these dates.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General of Defense Litigation

DAVID A. TALBOT, JR.
Law Enforcement Defense Division Chief

/s/ Celamaine Cunniff
CELAMAINE CUNNIFF
Assistant Attorney General
State Bar No. 05231500

P.O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS**
**LIVINGSTON AND JENKINS**


## NOTICE OF ELECTRONIC FILING

I, **CELAMAINE CUNNIFF**, Assistant Attorney General of Texas, do hereby certify that

I have electronically submitted for filing, a true and correct copy of the above and foregoing

**Advisory to the Court** in accordance with the Electronic Case Files System of the Western District

of Texas, on January 12, 2012.

 /s/ Celamaine Cunniff
**CELAMAINE CUNNIFF**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CELAMAINE CUNNIFF**, Assistant Attorney General, do hereby certify that a true and correct copy of the above and foregoing **Vacation Advisory to the Court** has been served via electronic filing notice on January 12, 2012, to:

Mr. Scott Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin  TX  78741
*Attorneys for Plaintiff*

Mr. Bruce Garcia
Assistant Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711
*Attorney for Defendants - Board of Pardons and Paroles*

/s/ Celamaine Cunniff
CELAMAINE CUNNIFF
Assistant Attorney General